# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00494-CV

**Phillip G. "Baby Shark" Scott, Appellant**

**v.**

**Judge Daniel Mills and Jennifer Feldman, Appellees**

### FROM THE 22ND DISTRICT COURT OF COMAL COUNTY
### NO. CR2023-382, THE HONORABLE DANIEL H. MILLS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

By letter dated September 11, 2023, this Court through its clerk asked appellant, Phillip G. "Baby Shark" Scott, to explain the basis of this Court's jurisdiction. The letter explained that this interlocutory appeal does not appear to be permissible. Scott moved for and was granted until October 12, 2023, to "amend the appeal." Scott did not respond to this Court's inquiry about jurisdiction by the September 25, 2023 deadline, nor did he amend his appeal by the October 12, 2023 deadline, nor has he taken those actions since those dates.

We dismiss this appeal. *See* Tex. R. App. P. 42.3(a), (c).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Kelly and Theofanis

Dismissed

Filed:  October 31, 2023